IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM E. JOHNSON                                                                              PETITIONER
ADC #138998

V.                                          NO. 5:08cv00279 JMM

LARRY NORRIS, Director,                                                                         RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered denying this 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 2) and dismissing this case in its entirety, with prejudice.

IT IS SO ORDERED this 12th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE