IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM E. JOHNSON                                                                                    PETITIONER
ADC #138998

V.                                              NO. 5:08cv00279 JMM

LARRY NORRIS, Director,                                                                           RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered denying this 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 2) and dismissing this case in its entirety, with prejudice.

IT IS SO ORDERED this 12th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE